UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
CLIFF CROWLEY, AS THE OWNER OF THE
P/V MOONDANCE and NEW HAMPSHIRE          3:09-CV-01991
INSURANCE COMPANY,                        ECF CASE

                              Plaintiffs,

      -against-

ANGELO COSTA, CHARLES COSTA, and          JULY 3, 2012
CHARLES J. COSTA, TRUSTEE OF THE
ANGELO P. COSTA REVOCABLE TRUST
                              Defendants.
------------------------------------------------------------------X

## PLAINTIFFS' ADDITIONS TO JOINT TRIAL MEMORANDUM

Pursuant to the conference held before this Court on June 29, 2012, the Plaintiffs hereby add the following witnesses to the Joint Trial Memorandum and set forth herein their respective expert disclosures:

1.     George Stafford, P.O. Box 689, Durham, CT 06422. Mr. Stafford will testify as an expert about the cause, nature and extent of the damage to the Costa pier as well as to its age and level of depreciation at the time of the incident in question. Mr. Stafford will testify in accordance with the information set forth in his report dated November 4, 2008 which is identified as Plaintiffs' Exhibit 14.

2.     Albert E. Truslow, P.O. Box 751, Southington, CT. Mr. Truslow will testify about the nature, cause and extent of the damage to the vessel MOONDANCE as well as to the extent of the damage, cost or repair and value of the boat before and after the casualty. Mr. Truslow will also testify about the sufficiency and condition of the pennants as he observed

them. He will be testifying in accordance with the details of his report dated November 17, 2008 identified as Plaintiffs' Exhibit 9.

Dated: Southport, CT
       July 3, 2012

                                    The Plaintiffs

                                    By: /s/ Thomas L. Tisdale
                                    Thomas L. Tisdale (ct06793)
                                    Tisdale Law Offices, LLC
                                    10 Spruce Street
                                    Southport, CT 06890
                                    Tel:   203-254-8474
                                    Fax: 203-254-1641
                                    ttisdale@tisdale-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 3, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas L. Tisdale
Thomas L. Tisdale